|   |   |
|---|---|
|   | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **SUNLIGHT SUPPLY, INC.,** a Washington corporation, and **IP HOLDINGS, LLC**, a Washington limited liability company,<br><br>             Plaintiffs,<br><br>     v.<br><br>**MAVERICK SUN INC.;** a Missouri corporation,<br><br>             Defendant. | Case No.  2:13-cv-2052-RSL<br><br>**JOINT MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>1/14/2015 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and pursuant to a settlement agreement between the parties, Sunlight Supply, Inc. and IP Holdings, LLC and Maverick Sun Inc. jointly move to dismiss all claims and counterclaims asserted in this action with

/ /

/ /

/ /

/ /

/ /

//

//

**JOINT MOTION TO DISMISS** - 1
2:13-cv-2052-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX\126780\193258\PEH\15130359.1

1  prejudice.  Each party is to bear its own costs and attorneys' fees.

2      Dated this 14th day of January, 2015.

3

4  SCHWABE, WILLIAMSON & WYATT, P.C     BETTS, PATTERSON & MINES, P.S.

5

6  By: /s/ Peter E. Heuser                              By: /s/ Pam Jacobson
   Peter E. Heuser, WSB #46264                        James D. Nelson, WSBA #11134
7  pheuser@schwabe.com                                jnelson@bpmlaw.com
   Yvonne E. Tingleaf, *pro hac vice*                 Pam Jacobson, WSBA #31810
8  ytingleaf@schwabe.com                              pjacobson@bpmlaw.com
   Telephone: 503-222-9981                            Telephone: 206-292-9988
9  Facsimile: 503-796-2900                            Facsimile: 206-343-7053

10 Attorneys for Plaintiffs Sunlight Supply, Inc.     Attorneys for Defendant Maverick Sun, Inc.
   and IP Holdings, LLC

11

12
   IT IS SO ORDERED.
13

14
       DATED this _____ day of January, 2015.
15

16
                              By: _____
17                                The Honorable Robert S. Lasnik
                                  United States District Judge
18

19 Presented by:

20 SCHWABE, WILLIAMSON & WYATT, P.C

21
   By: /s/ Peter E. Heuser
22    Peter E. Heuser, WSB #46264
      pheuser@schwabe.com
23    Yvonne E. Tingleaf, *pro hac vice*
      ytingleaf@schwabe.com
24    Telephone: 503-222-9981
      Facsimile: 503-796-2900
25
   Attorneys for Plaintiffs Sunlight Supply, Inc. and IP Holdings, LLC
26

---

**JOINT MOTION TO DISMISS** - 2
2:13-cv-2052-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION TO DISMISS** was served on the following counsel of record via electronic mail, in accordance with the Federal Rules of Civil Procedure, on this 14th day of January, 2015.

James D. Nelson
Pam Jacobson
Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA  98101-3927

Of Attorneys for Defendant Maverick Sun Inc.

/s/ Peter E. Heuser
Peter E. Heuser

**CERTIFICATE OF SERVICE** - 1
2:13-cv-2052-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX\126780\193258\PEH\15130359.1